THE UNITED STATES DISTRICT COURT
OF EASTERN TENNESSEE NORTHERN DIVISION

Daniel Lee Ownby (Plaintiff)

V.

City of Sevierville, County of Sevier, Officer Sellars, Alex Watts, Garet Loveday, Tyler Thoman, Tim Culotta, Julio Cruz, Ray Brown, Sam Hinson, Joseph Manning, Officer Jordan, and et al. (Defendants)

Civil Action No. _____

# COMPLAINT

1. This is a civil action authorized by 42 U.S.C. § Section 1983, 1985, and 1986 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States of America. This court has jurisdiction under 28 U.S.C. § Section 1331 and 1343 (a)(3). Plaintiff, Daniel Lee Ownby, seeks declaratory, injunctive, compensatory, and punitive relief.

2. The Eastern District, Northern Division of Tennessee is an appropriate venue under 28 U.S.C. § Section 1391(b)(2), because it is where events giving rise to this claim occured.

3. Plaintiff, Daniel Ownby, was at all times mentioned herein a resident of Sevierville, Tennessee, being taken into custody, or in custody of the City of Sevierville, or the County of Sevier by the defendants mentioned here in.

4. All defendants are either police officers or part of a government entity working under color of state law, at all times during this Complaint.

5. Each defendant is sued individually and in his/her official capacity.

6. There are multiple dates and multiple incidents over a period of 3 years that plaintiff, Daniel Ownby, is agrievious of. Some dates and dialogue and actions stated are the best of plaintiffs knowledge, believed to be true and correct. Plaintiff, Daniel Ownby will be referred to as plaintiff from henceforth.

7. The first legal injury occurs on July 02, 2023 which will begin tolling. The last occurence to end tolling and start statute of limitations occurs on June 19, 2025. All incidents from July 02, 2023 through June 19, 2025 fall under the Continuing Violation Doctrine and fall within the statutes of limitations.

8. The connection between these dates is a 3 year long malicious and vexatious prosecution while violating plaintiff's rights under the First, Fourth, Fifth, Eighth, and Fourteenth Ammendments. Also plaintiffs rights of due process have been violated. Rights under the Equal Protection Clause have been infringed upon by a statistic-based invidiously discrimatory animus created by an arbitrary power to harass, invasion of privacy, and discrimination by multiple defendants acting under color of state law.

9. Incident One:
On July 02, 2023 plaintiff was a passenger with his friend Lacie Hurst was pulled over for speeding in Sevierville, Tennessee in the Bojangles parking lot. Plaintiff does not remember all police involved, but remembers there were 5 or so from the Sevierville Police Department before officer Sellars arrives. While female cop is talking to Lacie a red head cop approaches plaintiff asks for I.D. and plaintiff asks "cop 1" (red headed cop), "am I pulled over or is she?" Cop 1 answers, "she is." Plaintiff rolls up window and exercises his fifth ammendment right to not say anything at all. Tennessee is not a stop and I.D. state.

This action makes "Cop 1" and "Cop 2" at best aggravated if not mad. So they ask can they search the car which the vehicle owner Lacie

Hurst answers "no you have me pulled over for speeding why do you need to search my car?" Police then inform her that she will have to wait for a K-9 unit to arrive so they can walk the dog around the car. Even though the traffic stop was over and Lacie was getting a warning because, She had a license, insurance, and proper registration. After a lengthy wait maybe 5 to 10 minutes officer Sellars arrives. Officer Sellars will be referred to as Sellars from henceforth.

    Sellars walks the K-9 around the car twice with no signs of the dog hitting on the car because there was nothing in the car. Sellars then takes the leash from the K-9, and hits the car with it so the dog looks towards the car and he says dog hit on the car get out and identify yourself and we're searching the car. Which Sellars knew my name and so did "Cop 1" and "Cop 2." Now they search the car and find nothing illegal as well as nothing on me or on Lacie. After searching all us and the car, they search lacie's purse and find a gun in her purse that her dad gave her, which plaintiff knew nothing about. It is perfectly legal for her to have a gun, she has no police record and it was in the bottom of her purse. There is no way I could have known about it. Lacie explains this to the police. They tell her to go ahead get
(4)

back in the car, and plaintiff asks if he can return to the vehicle as well, Sellars walks up to plaintiff and asks don't you have a felony and plaintiff answers "yes like 12 years ago, why?" Sellars then says you're under arrest for possession of a firearm by a felon and takes me to jail and releases Lacie Hurst.

The gun was found in Lacie's purse on her left shoulder with her seatbelt on and plaintiff was in passenger seat with seat belt on, the gun was not even in reach of plaintiff. Lacie told police it was her gun from her dad police were aware of all this she was released and Plaintiff went to jail with a $5,000.00 bond. This is when the malicious and vexatious prosecution starts as well as the harassment, invasion of privacy, and discrimination start because I'm a male or simple enough I'm just me and for some reason the police have it out for me. Charges were dismissed as soon as I went to court.

10. Incident Two:

On July 05, 2023 after plaintiff bonded out him and Lacie Hurst were going to Food City to get groceries. We park and go to exit the vehicle and Lacie says are you serious and plaintiff asks whats wrong and she said I'm not going in

you can that same cop is right there. I get out Sellars is right behind the car staring and smiling and says "I see you got out Daniel." Plaintiff asks Sellars to "leave him alone." Sellars smiles and slowly drives off scaring plaintiff and Lacie. No stop is initiated.

11. Incident Three:

On May 27, 2024 plaintiff was pulled over for a "tag light being out", which was not the case plaintiff just did not know any better at the time. As plaintiff is about to get a ticket and let go Sellars shows up and tells the other officer to take me to jail and starts searching the vehicle. While Sellars is searching vehicle he finds a meth pipe with meth in it. Plaintiff was unaware of this he was actually buying the car from a friend who police allowed to come get the car and told "friend" not to sell plaintiff the vehicle and told "friend" I was bad news. Either way the stop was illegal because plaintiff had a light illuminating the tag just one was out. T.C.A. 55-4-110 states that the tag be illuminated, clearly visible, and clearly ledgible, which my tag was. The declaratory and the injunctive relief is for this to be vacted from plaintiffs record. This also continues the malicious and vexatious

prosecution as well as infringing on my 4th Amendment rights and due process. As well as continuing discrimination, harassment, invasion of privacy, and accompanied by false imprisonment.

12. Incident Four:

On February 21, 2025 plaintiff was pulled over by defendant Alex Watts, which will be referred to as Watts from henceforth. Watts states on record that the reason he pulled me over was because the car was registered to plaintiff. This is discrimination put blatently on a sworn affadivit. After this plaintiff was taken to jail for a small amount of narcotics and paraphernalia being found in vehicle. Bond is set at $50,000.00 for a simple possession maliciously trumped up to felonies for no reason especially as a piece of fruit from the poisonous tree.

Also plaintiffs T.C.A. 40-11-118 factors sheet was filled out by Watts not a neutral and detached magistrate and wasn't even signed or dated, but once again "Exhibit A(1)" and "Exhibit A(2)" shows that no effort to stop the discrimination is being held up. Plaintiff should be present and asked questions during the filling out of the T.C.A. 40-11-118 factors sheet plaintiff believes. On top of that the mittimus sheet and factors sheet were filled out by the same

⑦

person which on the sheet is says completed by "PD". Plaintiff would like to know that who filled this out why he was never asked questions that only he would know answers too for instances, if anyone in the community would vouch for him, or his character, or why I would pose a risk to society, and aggravating factors is some criminal history from 5 years ago and 12 years ago with one simple assault from 2006. Plaintiff has no previous "flight" charges as well as not a danger to society so why was plaintiffs bond set at 50,000.00? This continues malicious and vexatious prosecution as well as the continued harassment, discrimination, invasion of privacy, and false imprisonment. Also incorporating excessive bail and destroying due process for plaintiff.

13. Incident Five:

Plaintiff was sitting in girlfriends car at Walgreens on March 11, 2025. Plaintiff was about to join girlfriend Staci Ownby inside when approached Defendant Garet Loveday. Staci Ownby shall be referred to as Staci and Garet Loveday will be referred to as Loveday from henceforth. Loveday came to passenger side of vehicle and told plaintiff "get out of the car", "I wanna talk to you!" Plaintiff ask Loveday "am I pulled over or being arrested?" Which Loveday answered "No and No." There were no blue lights, the car

⑧

was off, the keys in my hand. Plaintiff asked Loveday to release his girlfriend and allow him to leave which Loveday replied by taking Staci to female officer Jordan (I believe).

Loveday then comes back around car and opens plaintiffs door and trys to "drag" plaintiff out car, by the wrists and shoulder. Plaintiff tells Loveday "there is no need for violence if you will keep your hands off me I'll get out and talk to you." So plaintiff gets out of car and Loveday says "put your hands on top of the car so I can pat you down or search you." So where the keys were in plaintiffs hands, plaintiff threw keys into car and put his hands on the car.

When plaintiff put hands on top of the car Loveday puts one cuff on left hand and attempted to "slam" plaintiffs head on the car. Plaintiff then looked at Loveday and asked "are you trying to beat me up"? Loveday just said "quit resisting." Plaintiff states again "I'm not resisting, you're trying to beat me up and there is no need for violence." At this time Tyler Thoman shows up and grabs plaintiffs right hand. Tyler Thoman will be referred to as Thoman from henceforth.

When Thoman grabs plaintiffs right hand, Loveday begins to pull plaintiff towards him which, Thoman in return pulls the other way and they both tell me to stop resisting with one cop pulling

plaintiff one way as another pulls me the other way. At that time Loveday again tries to "slam" plaintiffs head on car again and the only way to stop plaintiffs head from getting split open was put plaintiffs right hand in front of my head and allow head to hit hand instead of metal car. Thoman then yells something Loveday shoves me and then everything goes black. Plaintiff was tazed.

Plaintiff comes to and sees a gun pointed at him and then another and cops are yelling inaudible things at plaintiff. Plaintiff lays down on the ground and is hand cuffed. Plaintiff asks if someone can remove the tazer prongs while he is still a little fuzzy headed. Plaintiff can not remember which one either Loveday or Thoman approached to remove prongs. The incident report says Thoman removed them, well E.M.S. with Thoman's help. Plaintiff believes but is not sure that it was Loveday. But with that being said there were 5 officers there. Either Loveday or Thoman walks up to plaintiff "jerks" out prong that hit my finger and laughs when I grimace. Then grabs ahold of the other prong tries jerking it out but it does not come out so they "tug" on it for what seems forever maybe 10 to 20 seconds as the other officers just watch and do nothing.

⑩

So as one officer tortures plaintiff in public 4 officers watch and do nothing. Finally the E.M.S. guy looks at the cop and says "you know thats not how you do that," and properly takes out the second prong.

To sum up incident five; first of all I never got told anything except I was not pulled over and not arrested. Second of all after its all said and done Loveday has Staci turn on the car and the lights and says "you have a tag light out." But plaintiff had a working tag light as well. So the stop was illegal, the search was illegal, tazing plaintiff was illegal, torturing plaintiff was illegal, taking plaintiff to jail was illegal, and holding on an excessive bail was illegal. Plaintiff was seized, $536.00 was seized, a $2000.00 galaxy S24 Ultra was seized, and bond was set at $50,000.00 again, Staci was released with vehicle.

So plaintiff was tazed, robbed, tortured, discriminated on, harassed, effectively stalked by a Police Department until kidnapped and held for ransom by a gang of officers. This should never have happened or been allowed to happen at all. "Exhibit B" and "Exhibit C" are enclosed with multiple things proven as well as "Exhibit G" The police lie multiple times as well as omit half the events so as to make plaintiff the one at fault

(11)

instead of police. "Exhibit G (1) and (2)" show lies, conjectures and ommittances. "Exhibits D and E" show that they have some video which will also prove plaintiffs side not officers. "Exhibit E" says all body cams are present as well as dash cams. But then in "Exhibit C" officers state one officers cams is not there and one is unsteady during the exact time of my tazing. Coincidence plaintiff thinks not. Plaintiff believes the police are trying to cover this up. The police are trying to dress up the incident plaintiff believes. The chain of command all the way up to Chief of Police says that these officers acted within policy during this incident. Therefore officers are following policy which allows City of Sevierville to be sued as well. Plaintiffs lawyer on the criminal cases is Jenaé Easterly public defender. She has the videos from this event. All police are acting negligently except when they are acting maliciously towards plaintiff.

 This continues the malicious and vexatious prosecution, the willful misconduct, negligence, harassment, denial of due process, held on excessive bail, false imprisonment, and invasion of privacy.

14. Incident Six:

On June 19, 2025 plaintiff was a passenger in Tristen Skye Majors vehicle when we were pulled over for a "tag light out". Tristen Skye Majors will be referred to as Tristen from henceforth. Once again Watts and Sellars walk up to vehicle. They both say "hi Daniel." Plaintiff says "hi." Tristen tells Watts she knew her tag light was out she just forgot to put it in, she has it console and asks if she can put it in. They allow. Watts asks if they can search the vehicle Tristen says "no, why do you need to search my car?" Sellars says I'll walk my dog around the car then.

Plaintiff tells Sellars "don't be making the dog hit" "like you usually do." Sellars laughs goes and gets the dog walks it around and as he gets to plaintiffs window Sellars stops the dog runs into him and sits and he hands the dog a treat. Plaintiff believes this is a way to pick and choose who Sellars wants to search.

So Sellars says out the car we're going to search it. After searching Tristen, plaintiff, and car Watts found a needle in Tristens bra, don't how he searched that but ok. They found drugs in the car, a small amount, and nothing on plaintiff. Also the tags came back bad so the

(13)

police, officer Watts, looks at plaintiff and says "are you gonna make me take this girl to jail?" Plaintiff looks at Watts and says "no, I don't want you to take anyone to jail, why would you say that." He then asks "whose dope is that?" and plaintiff replys "I don't know, it's not mine." He takes Tristen back to his vehicle comes back and says put him in cuffs he's going to jail. Sellars puts plaintiff in cuffs and in 3rd cops car to take to jail.

    To sum up Incident Six; Tristen had a tag light out on her vehicle, wildcat tags, a needle in her bra, drugs in her car, and plaintiff goes to jail and Tristen was let go.

13. Claims are as follows:

    a.) All defendants = harassment, discrimination, violation of equal protection clause, violation of fourteenth ammendment, outrageous conduct, and Intentional Infliction of Emotional Distress (I.I.E.D) for their participations on all dates mentioned herein. Claim for actions as a whole.

    b.) Sellars, City of Sevierville, all other officers on the scene. Names Unknown to plaintiff now. Violation of Fourth, Fifth, and Fourteenth Ammendments as well as violation of due process, false imprisonment, and malicious and vexatious prosecution and O.C and I.I.E.D. for

(14)

their partrcipation on July 02, 2023.

c.) Sellars = stalking, O.C. and I.I.E.D., harassment, and invasion of privacy for his participation on July 05, 2023. (Witness Involved Lacie Hurst)

d.) Sellars, County of Sevier, other officer on scene, (unknown name) = harassment, false imprisonment, invasion of privacy, violation of fourth ammendment, violation of due process, malicious and vexatious prosecution for their participation on May 27, 2024.

e.) Watts, City of Sevierville, County of Sevier = violation of Fourth, Eigth, and Fourteenth ammendment, as well as violation of due process, malicious and vexatious prosecution, excessive bail, O.C. and I.I.E.D., for participation on February 21, 2025

f.) Loveday, Thoman, Culotta, Cruz, Brown, Hinson, Manning, Jordan, and City of Sevierville = Violation of First, Fourth, Fifth, Eighth and Fourteenth Ammendment as well as violation of due process, malicious and vexatious prosecution, cruel and unusual punishment, use of excessive force, failure to protect, failure to train, and supervise and acquiescing in unconstitutional conduct of subordinates, and negligence and willful misconduct, for their participation on March 11, 2025

(15)

g.) Watts, Sellars, (unknown officer), City of Sevierville, County of Sevier = harassment, O.C. and I.I.E.D., invasion of privacy, willful misconduct, discrimination, false imprisonment, neglegent, abuse of authority, violation of Fourth and Fourteenth Ammendment, violation of due process, and malicious and vexatious prosecutions. for their participation on June 19, 2025.

16. All defendants are stripped of their immunity under T.C.A. 29-34-216(b)(i) being that Tennessee is the state they were in at all times during this complaint. They acted with willful misconduct and gross negligence.

17. The municipality of the City of Sevierville and the County of Sevier are liable because the officers were within policy. According to Chief Joseph Manning, Deputy Chief Sam Hinson, and Captain Ray Brown, the officers were all acting within the guidelines of Sevierville Police Department General Order 520.1.

18. Plaintiff has papers that are "approved" throughout the whole justice system and they have several contradictions in theirselves let alone what the media will show. They are full of lies, conjecture, and omittances.

19. Plaintiff knows that the events all have paperwork and should have media as well. Plaintiff gives the court any permission needed, if needed, to get copies of media of all the events mentioned herein. Plaintiffs public defender has the media for some cases which plaintiff can't access this due to being incarcerated.

20. Plaintiff is suing for all injuries involved during these dates as a whole event and each event individually. Plaintiff has endured years of torts stemming from these events in the neglegent sense, the intentional sense and compensatory sense. Plaintiff has been denied almost every right that every man should enjoy for the past 3 years as well as public torture something no man should have to go through along with public shaming in this day and age.

21. Plaintiff had 3 different women in their vehicles one with a gun, one not doing anything, and one with drugs, needle, wildcat tags and a tag light out. Plaintiff went to jail every time not the females. Plaintiff was pulled over 3 times for false traffic violations, and held 3 times with excessive bail, but falsely imprisoned 6 times within a 3 year stretch.

(17)

22. Plaintiff, Daniel Ownby, has no plain or adequate or complete remedy at law to redress the wrongs described herein.

Wherefore plaintiff, Daniel Ownby, respectfully prays that this court enter judgement:

23. Granting plaintiff a declaration that the acts and omissions described herein violated his rights under the Constitution and laws of the United States, and

24. A preliminary and permanent injunction ordering defendants to cease their prosecutions that are malicious and vexatious as well as false arrests and pulling over plaintiff when no violation of the law is being witnessed, and

25. Granting plaintiff compensatory damages and punitive damages in the amount of $20,000,000.00 dollars from all defendants jointly and severally.

26. Plaintiff also seeks a jury trial on all issues triable by jury.

27. Plaintiff also seeks recovery of any costs for this suit, and

Any additional relief this court deems just, proper, and equitable.

Dated November 12th, 2025

Respectfully submitted,     Daniel Lee Ownby
                            Daniel Lee Ownby
                            322 Justice Dr.
                            Carthage, TN 37030

### Verification

I have read the foregoing complaint and hereby verify that the matters alleged herein are true, except as to matters alleged on information and belief, and as to those I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed in Sevierville, Tennessee on November 12th 2025

x Daniel Ownby
Daniel Ownby

Smith County Jail
Plaintiff will be at 322 Justice Drive, Carthage, TN 37030 until December 1st 2025.

Then plaintiff will be either at Sevier County Jail or Blount County jail in Tennessee.

Sevier County Main Jail
137 Commerce Street.
Sevierville, TN 37862

Sevier County Annex
896 Old Knoxville Hwy
Sevierville, TN 37862

Blount County Jail
926 East Lamar Alexander Pkwy
Maryville, TN 37804

Any time plaintiff moves he will advise the court