UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| DANIEL L. OWNBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:25-CV-559-CEA-DCP |
| | ) | |
| CITY OF SEVIERVILLE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER TO SHOW CAUSE

This case is before the undersigned pursuant to 28 U.S.C. § 636(b) and the Rules of this Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs ("Application") [Docs. 1 & 9].

A prisoner seeking to proceed in forma pauperis must file an (1) an application to proceed in forma pauperis without payment and (2) a certified copy of his inmate trust account for the previous six-month period (or institutional equivalent). 28 U.S.C. § 1915(a)(2). On November 17, 2025, Plaintiff filed his Application, but he did not include a certified copy of his inmate trust account for the previous sixth-month period [Doc. 1]. On November 19, 2025, he filed a Declaration in Support of Motion to Proceed in Forma Pauperis, but he again failed to include a certified copy of inmate trust account [Doc. 9]. Therefore, on November 26, 2025, the Court entered an Order directing Plaintiff to pay the full filing fee or submit the necessary documents in support of his Application [Doc. 11]. His deadline to correct this deficiency was December 26, 2025 [*Id.* at 1]. The Court warned Plaintiff that if he failed to comply with the Order, the Court would assess the full amount of fees [*Id.*].

Plaintiff has not complied with the Court's Order [Doc. 11], and he has not requested an extension to do so.

The Court therefore **ORDERS** Plaintiff to show cause on or before **March 3, 2026**, why his Application should not be denied for failing to comply with the Court's Orders [Doc. 11]. The Court **ADMONISHES** Plaintiff that the failure to timely respond to this Order will result in a recommendation that his Application be denied and that he be assessed the filing fee.

**IT IS SO ORDERED.**

ENTER:

Debra C. Poplin
United States Magistrate Judge